FRANK PHELAN
P.O. Box 5535
Sun City West, AZ 85376
623-236-2632
SELF-REPRESENTED PLAINTIFF

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

FILED _____ LODG _____
_____ RECEIVED _____ COPY

APR 3 0 2014

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEP

FRANK PHELAN,

                Plaintiff,

vs.

CREDITORS FINANCIAL GROUP LLC,

                Defendant.

Civil Action No. CV-14-00918-PHX-GMS
_____

**COMPLAINT**

(Unlawful Debt Collection Practices)

**INTRODUCTION**

1. This is an action for damages brought by an individual consumer for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* ("FDCPA"), which governs collection agencies and prohibits debt collectors from engaging in oppressive, abusive or harassing, behavior as well as prohibiting debt collectors from engaging in deceptive, unfair or misleading practices in connection with the collection of a debt.

**JURISDICTION AND VENUE**

2. Jurisdiction of this Court arises under 15 U.S.C. § 1692k(d), 28 U.S.C. § 1337. Venue in this District is proper under 28 U.S.C. § 1391(b) in that Defendant transacts business here and the conduct complained of occurred here.

**PARTIES**

3. Plaintiff, Frank Phelan, is a natural person residing in Sun City West, County of Maricopa, State of Arizona.

4. Plaintiff is a "consumer" within the meaning of 15 U.S.C. § 1692a(3).

5. Defendant, Creditors Financial Group LLC, is a New York corporation engaged in the business of collecting debts in this state with its principal place of business located at 3131 South Vaughn Way, Suite 110, Aurora, Colorado 80014. The principal business of Defendant is the collection of debts in this state from consumers using the mail and telephone.

6. Defendant is a "debt collector" as defined by the FDCPA, 15 U.S.C. § 1692a(6).

**FACTUAL ALLEGATIONS**

7. At all times relevant to these proceedings, Plaintiff's phone number has been (775) 400-1004 ("Plaintiff's phone number").

8. On August 21, 2013, Defendant placed a telephone call from (877) 298-2251 to Plaintiff's phone number in connection with an alleged debt.

9. Defendant left the following message on Plaintiff's voicemail during the August 21, 2013 phone call: "Good afternoon. My name is Kristen [inaudible]. I am a debt collector with Creditors Financial Group. Please return my call today at (877) 298-2251 extension 3251. Thank you." A time-stamped transcription and audio recording of the message is attached hereto as Exhibits A and A-1.

10. Defendant's voicemail of August 21, 2013 constitutes an "initial communication" under the FDCPA, 15 U.S.C. § 1692e(11).

11. Defendant mailed correspondence to Plaintiff on the letterhead of Defendant, dated August 21, 2013, demanding payment of a debt allegedly due USAA Savings Bank.  A copy is attached hereto as Exhibit B.

12. The alleged debt was incurred for personal, family or household services and is a "debt" under 15 U.S.C. § 1692a(5).

13. On September 13, 2013, Defendant placed another telephone call to Plaintiff's phone number in connection with the alleged debt.

14. Defendant left the following message on Plaintiff's voicemail during the September 13, 2013 phone call: "Good afternoon and good evening, excuse me, good afternoon. My name is Sherry [inaudible] contacting you with the office of Creditors Financial Group. Please return my call today at (877) 803-7062 extension 3225. Thank you." A time-stamped transcript and audio recording of the message is attached hereto as Exhibits A and A-2.

15. Defendant's voicemail of September 13, 2013 constitutes a "subsequent communication" under the FDCPA, 15 U.S.C. § 1692e(11).

. . .

. . .

## CLAIMS FOR RELIEF

### COUNT I

16.  Plaintiff repeats and re-alleges and incorporates by reference to the foregoing paragraphs.

17.  Defendant used false, deceptive, or misleading representations or means in connection with the collection of the alleged debt under 15 U.S.C. § 1692e in its initial communication voicemail of August 21, 2013.

18.  In the August 21, 2013 voicemail, Defendant failed to inform Plaintiff that the Defendant is attempting to collect a debt and that any information obtained will be used for that purpose, in violation of 15 U.S.C. § 1692e(11).

### COUNT II

19.  Plaintiff repeats and re-alleges and incorporates by reference to the foregoing paragraphs.

20.  Defendant used false, deceptive, or misleading representations or means in connection with the collection of the alleged debt under 15 U.S.C. § 1692e(11) in its voicemail of September 13, 2013.

21.  Defendant failed to inform Plaintiff in its voicemail of September 13, 2013 that the communication was from a debt collector, in violation of 15 U.S.C. § 1692e(11).

### COUNT III

22.  Plaintiff repeats and re-alleges and incorporates by reference to the foregoing paragraphs.

23.  Defendant failed in its voicemail of September 13, 2013, to provide meaningful disclosure of its identity as a debt collector, in violation of 15 U.S.C. § 1692d(6).

24.  Defendant failed to state in its September 13, 2013 voicemail that the phone call was from a debt collector.

25.  The natural consequence of Defendant's failure to meaningfully identify itself was to harass, oppress, or abuse Plaintiff in connection with the collection of the alleged debt, under 15 U.S.C. § 1692d.

**WHEREFORE**, plaintiff Frank Phelan respectfully requests that judgment be entered against defendant Creditors Financial Group for the following:

A.  Statutory damages of $1,000 pursuant to 15 U.S.C. § 1692k(a)(2)(A);

B.  Costs of the action and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k(a)(3);

C. Such other and further relief that the Court may deem just and proper.

RESPECTFULLY SUBMITTED this 30th day of April, 2014.

FRANK PHELAN
Post Office Box 5535
Sun City West, Arizona 85376
(623) 236-2632
Self-Represented Plaintiff

-4-

# EXHIBIT A



Google

Voice

CALL   TEXT

Inbox (197)
Starred
Voicemails (534)
Texts (290)

History
More ▸

Google Contacts ?

Your number:
(775) 400-1004

Credit: $0.98

Send feedback

+Frank      Share

1-2 of 2   <   >

Actions ▸      ↻

☐   ▾   ▸

Unknown
✉ 9/13/13 12:43 PM 7 months ago

Good afternoon and good evening, excuse me, good afternoon. My name is Sherry [inaudible] contacting you with the office of Creditors Financial Group.. Please return my call today at (877) 803-7062 extension 3225. Thank you. (edited)

▶ 00:33
Call Text   more ▾

Transcript useful? ☑

+18772982251  Add
✉ 8/21/13 1:13 PM 8 months ago

Good afternoon. My name is Kristen [inaudible], I am a debt collector with Creditors Financial Group. Please return my call today at (877) 298-2251 extension 3251. Thank you. (edited)

▶ 00:16
Call Text   more ▾

Transcript useful? ☑

**Tip:** Google Voice on the go. Access your account from our mobile site, or for Blackberry and Android phones try our mobile apps.

©2014 Google - Terms - Blog - Google Home - Follow us on: ▫ ▫ ▫ ▫

# EXHIBITS A-1, A-2



**Exhbitis A-1 and A-2**

# EXHIBIT B

PO BOX 440290
AURORA CO 80044-0290

**CFG-CREDITORS FINANCIAL GROUP, LLC**

**Toll Free: 1-877-298-2251**

Reference No. 8257326  A96

Current Creditor
USAA SAVINGS BANK

Account: ***********9592
Total Due: ▮▮▮▮▮

Date: 08-21-13

01-M1          1 MB   *A-01-6VQ-AM-05220-15

PHELAN, FRANK
PO BOX 5535
SUN CITY WEST AZ 85376-5535

CFG-CREDITORS FINANCIAL GROUP, LLC
PO BOX 440290
AURORA CO 80044-0290

---

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT

---

The above claim for ▮▮▮▮▮ has been placed with our office for collection.

At this time we are asking that you kindly forward your check or money order, made payable to - Creditors Financial Group, in the enclosed envelope. Should you have any additional questions or wish to make payment arrangements please contact our office at the toll free number listed above.

Respectfully,

Creditors Financial Group

Unless you, the consumer, notify this collection agency within thirty (30) days after receipt of this notice that you dispute the validity of the debt or any portion thereof, the debt will be assumed to be valid by this collection agency. If you, the consumer, notify this collection agency in writing within thirty (30) days after receipt of this notice, that the debt or any portion thereof is disputed, this collection agency will obtain verification of the debt or a copy of a judgment against you and a copy of such verification or judgment will be mailed to you by this collection agency. Upon your written request within thirty (30) days after receipt of this notice this collection agency will provide you with the name and address of the original creditor, if different from the current creditor.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This correspondence has been sent by a professional debt collector.

FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTON PRACTICES ACT, SEE WWW.COLORADOATTORNEYGENERAL.GOV/CA

A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.

**CFG - Creditors Financial Group, LLC**
3131 South Vaughn Way Ste 110
Aurora, CO 80014
303-369-2345

**Office Hours:**
Monday - Thursday     7:00 am - 8:00 pm
Friday                          7:00 am - 5:00 pm
Saturday                     7:00 am - 12:00 Noon
Sunday                       Closed