THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE: CIVLR 5.4
(Rule Number/Section)

Frank Phelan
Post Office Box 5535
Sun City West, Arizona 85376-0525
(623) 236-2632

Self-Represented Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frank Phelan,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CFG-Creditors Financial Group, LLC,<br><br>　　　　Defendant. | No. CV-14-00918-PHX-GMS<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

**PLEASE TAKE NOTICE** that Plaintiff Frank Phelan, pursuant to Fed. R. Civ. P. 41(a)(1), hereby voluntarily dismisses all claims in this action with prejudice as to Defendant CFG-Creditors Financial Group, LLC.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

> (a) Voluntary Dismissal.
> 　(1) By the Plaintiff.
> 　　(A) Without a Court Order. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
> 　　　(i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment

* * *

. . .
. . .
. . .
. . .
. . .
. . .

-1-

Defendant has served neither an Answer to Plaintiff's Complaint nor a Motion for Summary Judgment. Accordingly, this matter may be dismissed with prejudice and without an Order of the Court.

DATED this 21st day of May, 2014.

_____
Frank Phelan
Self-Represented Plaintiff

## CERTIFICATE OF SERVICE

I certify that on this 21st day of May, 2014, I served a copy of the NOTICE OF VOLUNTARY DISMISSAL by placing said document in the U.S. Mail, postage prepaid, addressed to:

CFG-Creditors Financial Group, LLC
c/o CT Corporation System
2390 E. Camelback Road
Phoenix, Arizona 85016

United States District Court District of Arizona - Phoenix Division
Sandra Day O'Connor U.S. Courthouse, Suite 130
401 West Washington Street, SPC 1
Phoenix, AZ 85003-2118

_____
Frank Phelan